1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  ANDREA R. SLOAN, State Bar No. 265421
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 322-2192
6    Fax:  (916) 324-5205
     E-mail:  Andrea.Sloan@doj.ca.gov
7  *Attorneys for Defendants F. Maniago, R. Duncan, M. Fox, and L. Zamora*

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

| | |
|---|---|
| **ANTOINE MARQUISE GENTLE,** | Case No. 2:14-CV-1173 CMK (PC) |
| Plaintiff, | **ORDER** |
| v. | Judge: The Honorable Craig M. Kellison<br>Action Filed: March 17, 2014 |
| **F. MONTAGO, et al.,** | |
| Defendants. | |

   Having reviewed the Parties' Notice of Conditional Settlement and Request for Stay of Proceedings, and **GOOD CAUSE** appearing, the Parties' request for a thirty-day stay pending finalization and filing of required settlement documents, is **GRANTED**.

   This Court shall maintain jurisdiction over this matter.  The Parties shall file the appropriate Stipulated Dismissals or request to lift this stay within thirty days of this order.  All currently scheduled hearings are vacated.

Dated: May 28, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER  (2:14-CV-1173 CMK (PC))