**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ANTOINE MARQUISE GENTLE,                    No. 2:14-CV-1173-CMK-P

        Plaintiff,

   vs.                                                              ORDER

F. MONTAGO, et al.,

        Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   On the stipulation of the parties filed on June 22, 2015, the stay entered on May 28, 2015, is hereby lifted.

        IT IS SO ORDERED.


 DATED:  June 23, 2015

                             _____
                             **CRAIG M. KELLISON**
                             UNITED STATES MAGISTRATE JUDGE